**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 03-cr-00394-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JEREMIAH ANTHONY LOVATO,

    Defendant.

**ORDER CONTINUING SUPERVISION AND MODIFYING THE CONDITIONS OF SUPERVISED RELEASE**

    This matter is before the Court on report of the probation officer that the Defendant violated the conditions of his release. At a Supervised Release Violation Hearing on August 27, 2015, the defendant admitted to violations 1 and 2.

    IT IS ORDERED that the Defendant is continued on supervised release subject to the mandatory, standard, and special and explicit conditions imposed previously by the Court at sentencing.

    IT IS ORDERED FURTHER that the Defendant's conditions of supervised release be modified to include the following special, additional condition:

    That the defendant shall be placed on home detention in lieu of additional imprisonment for a period of six months, or until expiration of his term of supervision, commencing as soon as arrangements can be made, during which period of home detention the defendant shall remain in his place of residence at all times except for approved absences for gainful employment, religious services, medical care, alcohol and substance abuse treatment, therapy, counseling, testing, or education, and such other times and activities as may be authorized specifically by his probation officer.

    Home detention shall be enforced, if required by the probation officer, by electronic monitoring, and the defendant, at his own expense, shall make all arrangements necessary to facilitate and implement such electronic monitoring, and shall cooperate fully with his probation officer to facilitate installation and implementation of home detention.

IT IS ORDERED FURTHER that, otherwise, all existing mandatory, standard, and special conditions of supervised release are continued in full force and effect, including, but not limited to, those requiring ongoing drug testing, treatment, therapy, counseling, education, and testing.

Dated August 31, 2015, at Denver, Colorado.

**BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge